**Leo M. MULLEN, M.D., Appellant,**

v.

**SEARS INSURANCE d/b/a, Allstate Insurance, Respondent.**

**No. WD 36454.**

Missouri Court of Appeals, Western District.

July 16, 1985.

Rehearing Denied Aug. 27, 1985.

Leo M. Mullen, M.D., pro se.

Richard F. Modin, Miller & Dougherty, Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal, on the basis of instructional error, from jury verdicts for defendant in consolidated actions for breach of contract for refusal to pay losses allegedly resulting from burglaries at an office insured by defendant.

Judgment affirmed.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.